- Appendix A
United States Courts Southern
District of Texas
FILED

*11/30/22*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Priscilla Gonzalez

versus

Gregory Hampton Herrman

Herrman & Herrman PLLC

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:22CV282

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is:  **Priscilla Gonzalez**

    Address:  **3600 Kaliste Saloom Rd. Apt #820**
    **Lafayette, Louisiana, 70508**

    County of Residence:  **Lafayette**

3.  The defendant is:  **Gregory Hampton Herrman**

    Address:  **1201 3rd St., Corpus Christi, Texas 78404**

    **Herrman & Herrman PLLC, 1201 3rd St, CC, TX 78404**

☐  Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on October 20, 2020 with the Equal Opportunity Commission.

5.  On the date of August 31, 2020 , the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.    Because of the plaintiff's:

    (a)  ☑  race

    (b)  ☑  color

    (c)  ☑  sex

    (d)  ☐  religion

    (e)  ☑  national orgin,

the defendant has:

    (a)  ☐  failed to employ the plaintiff

    (b)  ☑  terminated the plaintiff's employment

    (c)  ☐  failed to promote the plaintiff

    (d)  ☐  other:  retaliated against Plaintiff for engaging in a protected act

 

 

7.    When and how the defendant has discriminated against the plaintiff:

On July 20, 2020 Defendant threatened to fire Plaintiff via text message. Plaintiff filed a complaint with the EEOC October 20, 2020. Defendant fired Plaintiff November 11, 2020 and did not provide Palintiff a reason.

8.    The plaintiff requests that the defendant be ordered:

    (a)  ☐  to stop discriminating against the plaintiff

    (b)  ☐  to employ the plaintiff

    (c)  ☐  to re-employ the plaintiff

    (d)  ☐  to promote the plaintiff

(e) ✓    to    appear and answer or face judgment

_____ and that;

(f) ✓    the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

*Priscilla Gonzalez*

(Signature of Plaintiff)

Address:    3600 Kaliste Saloom Rd. Apt #820
Lafayette, Louisiana, 70508

Telephone:    (956) 563-6558